# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas O Bastian,<br><br>          Plaintiff,<br><br>v.<br><br>Mikaila Hughes, et al.,<br><br>          Defendants. | **NO. CV-23-00188-PHX-GMS (JZB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 13, 2023, Plaintiff to take nothing, and the complaint and action are dismissed for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

February 13, 2023

                                        s/ K. James
                              By   Deputy Clerk